IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DONALD H. HINELY,

    Petitioner,

v.

HILTON HALL, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-266

## ORDER

Petitioner has filed a Notice of Motion in which he asks the Court to stay these proceedings. Petitioner's request is **denied**.

**SO ORDERED**, this 5th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE