IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -8  P 2: 04

CLERK _____
SO. DIST. OF GA.

DONALD H. HINELY,

    Petitioner,

v.  :  CIVIL ACTION NO.: CV206-266

HILTON HALL, Warden,

    Respondent.

## ORDER

Petitioner's request for additional time to file a reply to the Response to his petition is hereby **GRANTED**. Petitioner shall have until January 26, 2007, to file any desired reply brief.

**SO ORDERED**, this 8th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)