IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DONALD H. HINELY,

        Petitioner,

v.

HILTON HALL, Warden,

        Respondent.

CIVIL ACTION NO.: CV206-266

## ORDER

Petitioner's Motion for Extension of Time to file his brief is hereby **GRANTED**. Petitioner shall have until January 26, 2007, to file said brief.

**SO ORDERED**, this 8th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)